UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-217 JRT/ESS

UNITED STATES OF AMERICA,
Plaintiff,
v.
MICHAEL HARWOOD,
Defendant.

**SATISFACTION OF MONETARY IMPOSITION AND RELEASE OF ABSTRACT**

The monetary imposition of $11,279.90 in the above-entitled action has been paid in full or otherwise settled through compromise.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record,

AND, the Recorder for the County of Newton, State of Arkansas, may immediately release the Abstract of Judgment recorded in said Recorder's office of Newton County, as Document No. Book 22 Page 287, in the amount of $11,346 plus interest,

AND, the Recorder for the County of Marion, State of Arkansas, may immediately release the Abstract of Judgment recorded in said Recorder's office of Marion County, as Document No. Lien 54 Page 94, in the amount of $11,246 plus interest.

Dated: March 27, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600